IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-1615-JLK, 05-cv-247-JLK, 05-cv-306-JLK, 05-cv-641-JLK**, and **05-cv-643-JLK**

Bankruptcy Case No. 04-19176

IN RE:

**AST SPORTS VS. EPHEDRA CASES**

This Minute Order relates to **04-cv-1615-JLK and 05-cv-247-JLK**

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Unopposed MOTION to Dismiss 1) Its Answer to Cross-claim and Jury Demand of Fitness Technologies Sports Nutrition Center, Inc. and Motion to 2) Withdraw Ast's Cross-claim Against Fitness Technologies Sports Nutrition Center, Inc. by Defendant AST Sports Science, Inc., filed June 23, 2005, is **GRANTED**.

Dated: June 28, 2005